IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER RAMON GUNNS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case Number: 2:15-cv-01031-LSC-JHE |
| ) | |
| WARDEN PHYLLIS BILLUPS and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM OPINION**

On February 11, 2016, the magistrate judge entered a Report and Recommendation, recommending that the petition for writ of habeas corpus be dismissed with prejudice. (Doc. 19). No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. For the reasons stated in the report and recommendation, the petitioner's "Motion Not to Dismiss Petition as Untimely Under 28 U.S.C. 2244" (doc. 6) is hereby DENIED. The petition for writ of habeas corpus is due to be DISMISSED. A separate Order will be entered.

This Court may issue a certificate of appealability "only if the applicant has a made a substantial showing of the denial of a constitutional right." 28 U.S.C. 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Slack v. McDaniel*, 529 U.S. 473,

484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). This Court finds Petitioner's claims do not satisfy either standard.

**DONE** AND **ORDERED** ON MARCH 9, 2016.

                                            L. SCOTT COOGLER
                                     UNITED STATES DISTRICT JUDGE

160704